Case 2:09-mj-00232-DUTY   Document 5   Filed 02/04/09   Page 1 of 2   Page ID #:9



FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 09-00232M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| JOHNNIE JOHNSON III, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of Indiana for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is

Deten[2].ord

1 | based on his failure to present evidence sufficient to meet his
2 | burden on this issue.
3 | and
4 | B.(X)    The defendant has not met his burden of establishing by
5 | clear and convincing evidence that he is not likely to pose a danger
6 | to the safety of any other person or the community if released under
7 | 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to
8 | present evidence sufficient to meet his burden on this issue.
9 | IT THEREFORE IS ORDERED that the defendant be detained pending
10 | the further revocation proceedings.

DATED: February 4, 2009

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                    2